```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD W. STODULSKI, JR.     :     CIVIL ACTION
                              :
            v.                :
                              :
MEDLINE INDUSTRIES, INC.      :     NO. 10-2870
```

## ORDER

AND NOW, this 7th day of May, 2012, upon consideration of the defendant's Motion to Dismiss (Docket No. 43), the plaintiff's oppositions thereto, and for the reasons stated in a memorandum bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED and the complaint is DISMISSED WITH PREJUDICE.

                              BY THE COURT:

                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.